# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1339
L.T. Case No. 2007-CF-004707-A

_____

MEIGO A. BAILEY,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Meigo A. Bailey, DeFuniak Springs, pro se.

James Uthmeier, Attorney General, and Ryan Edward Roy, Assistant Attorney General, Tallahassee, for Appellee.

November 25, 2025

PER CURIAM.

  AFFIRMED.

WALLIS, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____